# EXHIBIT A



10005 Muirlands Blvd., Suite G | Irvine, CA 92618
Phone: (949) 419-0288 | Fax: (949) 419-0294
www.chromadex.com

# Analytical Results Sheet

| | | | |
|---|---|---|---|
| Customer: | Barbat, Mansour & Suciu PLLC | Report Number: | CDXA-ARS-22258-00 |
| Address (City, State): | Detroit, MI | Project Number: | ORD70046 |
| Sample Name: | EAS Myoplex Original | | |
| Sample Lot: | Lot#43656 | Date Received: | 25-Nov-14 |
| CDXA Number: | CDXA-14-7376 | Purchase Order: | Not Provided |
| Assay: | Protein Content (Total) by Kjeldahl Method | Date of Report: | 4-Dec-14 |
| Part Number: | CDA-00101164-ARS | | |
| Method: | AOAC 954.01 | Test Location: | Sub15 |

| **Analyte** | **Units** | **Spec.** | **Result*** | **Reporting Limit** |
|---|---|---|---|---|
| Protein | mg/serving | | 38,085 | -- |

*Protein= Nitrogen content x 6.25
**Assumed density: 1.00 g/mL

Serving size: 500 mL

*Signed original on file at CDXA*

This product analysis is subject to our "Standard Terms and Conditions for the Purchase and Sale of ChromaDex Products and or Services," a copy of which has been provided to our client and is incorporated herein by this reference. As more specifically set forth therein, this product analysis is for the benefit of our client only, may not be relied upon by any other party without our prior written consent, relates solely to the sample(s) provided to us by our client and therefore cannot by applied to any other material or sample. Unless otherwise noted, samples were received in acceptable condition and analyzed as received. This document may not be printed in part without the explicit permission of ChromaDex.

Page 2 of 3

ND – Not Detected
BRL – Below reporting limit (compound detected below RL)