# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARA HAWES and CLARICE CHAVIRA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 15-cv-308<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiffs Sara Hawes and Clarice Chavira, through their counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice and with each party to bear its own costs and attorneys' fees. ·

Dated: April 13, 2015

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　By:　*Isl Nick Suciu III*
　　　　　　　　　Nick Suciu III
　　　　　　　　　**BARBAT MANSOUR & SUCIU PLLC**
　　　　　　　　　434 West Alexandrine, #101
　　　　　　　　　Detroit, MI 48201
　　　　　　　　　Tel: (313) 303-3472
　　　　　　　　　nicksuciu@bmslawyers.com
　　　　　　　　　jsiprut@siprut.com



　　　　　　　　　Joseph J. Siprut
　　　　　　　　　Gregory W. Jones
　　　　　　　　　**SIPRUT PC**

17 N. State Street, Suite 1600
Chicago, Illinois 60602
Tel: (312) 236-0000
jsiprut@siprut.com
gjones@siprut.com

Tina Wolfson
Bradley King
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com

*Counsel for Plaintiffs Hawes and Chavira, Individually, and On Behalf of All Others Similarly Situated*