# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sara Hawes, et al.

                    Plaintiff,

v.

                                     Case No.: 1:15−cv−00308
                                     Honorable Joan B. Gottschall

Abbott Laboratories, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2015:

       MINUTE entry before the Honorable Joan B. Gottschall: The 4/13/2015 order [32] is amended to add that plaintiffs' motion to certify a class [5] is withdrawn.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.